```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   WAYNE JEFFREY MULLIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-0003 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER |
| v. | ) | |
| | ) | Date: December 12, 2011 |
| WAYNE JEFFREY MULLIN, | ) | Time: 9:30 a.m. |
| | ) | JUDGE: Hon. William B. Shubb |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, WAYNE JEFFREY MULLIN, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, October 17, 2011, be continued to Monday, December 12, 2011, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Progress on these tasks is hindered by Mr. Mullin's very poor health. Mr. Mullin is in the middle of a six-week course of daily radiation

treatment for lung cancer.  He is also coping with the effects of end-stage chronic obstructive pulmonary disease (COPD).  Mr. Mullin has been made weak and exhausted by his illnesses.  It is anticipated that he will be better able to assist counsel in the preparation of his case when his health improves.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 12, 2011, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 13, 2011        Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               WAYNE JEFFREY MULLIN

DATED: October 13, 2011        BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               MICHELLE PRINCE
                               Assistant U.S. Attorney
                               Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including December 12, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.  The status conference set for Tuesday, October 17, 2011 is continued to Monday, December 12, 2011, at 9:30 a.m.

DATED:  October 13, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE