```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar #214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    WAYNE JEFFREY MULLIN
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 11-003-WBS |
| Plaintiff, | ) | |
| | ) | **MOTION TO EXONERATE BOND;** |
| v. | ) | **[~~PROPOSED~~] ORDER** |
| | ) | |
| WAYNE JEFFREY MULLIN, | ) | |
| | ) | DATE: No hearing requested |
| Defendant. | ) | JUDGE: Hon. William B. Shubb |
| | ) | |
| _____ | ) | |

On January 18, 2011, the Court ordered Wayne Jeffrey Mullin released on a $75,000 bond consisting of $45,000 secured by real property belonging to Robert DeQuattro and Barbara Bradley DeQuattro, and the remaining $30,000 in the form of an unsecured bond co-signed by Mr. Mullin and Shelly Carr.

Mr. Mullin died on November 19, 2011.  A death certificate is attached hereto as "Exhibit A."[1]  It is anticipated that a government motion to dismiss is forthcoming.

The Office of the Federal Defender moves the Court to exonerate the

---

[1] Pursuant to Fed. R. Crim. P. 49.1, Mr. Mullin's Social Security number and date of birth have been redacted from Exhibit A.  An unredacted copy of the death certificate has been provided to the government.

1 | $30,000 signature bond and the $45,000 property bond, and for an order
2 | directing the Clerk of the Court to reconvey that property to its
3 | owners, Robert DeQuattro and Barbara Bradley DeQuattro.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  January 13, 2012    /s/ B. Galloway
                            BENJAMIN D. GALLOWAY
                            Assistant Federal Defender
                            Attorney for Defendant
                            WAYNE JEFFREY MULLIN

```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WAYNE JEFFREY MULLIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WAYNE JEFFREY MULLIN,<br><br>        Defendant. | Cr.S. 11-003-WBS<br><br>**ORDER TO EXONERATING BOND**<br><br>JUDGE: Hon. William B. Shubb |

The Court finds that Mr. Mullin was released pursuant to a $75,000.00 consisting of $45,000 secured by real property belonging to Robert DeQuattro and Barbara Bradely DeQuattro, and the remaining $30,000 in the form of an unsecured bond co-signed by Mr. Mullin and Shelly Carr. Mr. Mullin died on November 19, 2011.

THEREFORE, it is hereby ORDERED that the $45,000.00 property bond and $30,000 signature bond in this case are exonerated and that the Clerk of the Court is directed to reconvey to Robert DeQuattro and Barbara Bradley DeQuattro the property posted on behalf of Mr. Mullin.

**IT IS SO ORDERED.**

DATED: January 13, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE