```
1  BENJAMIN A. WAGNER
   United States Attorney
2  MICHELLE A. PRINCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2789
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:11-CR-003-WBS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | MOTION AND ORDER DISMISSING |
| WAYNE JEFFERY MULLIN, ) | INDICTMENT |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff United States of America, by and through Assistant United States Attorney Michelle Prince, hereby moves, consistent with the Principles of Federal Prosecution, to dismiss in the interest of justice under Rule 48(a) of the Federal Rules of Criminal Procedure the charge in the Indictment.

The government has been informed by Wayne Jeffery Mullin's defense attorney, Benjamin Galloway Esq., that the defendant died on November 19, 2011. In addition, the government has in its

///

///

possession a copy of Wayne Jeffery Mullin's death certificate. (Exhibit (1)).  At this time the government respectfully requests that the indictment be dismissed.

                                      Respectfully submitted,

                                      BENJAMIN A. WAGNER
                                      United States Attorney

Dated: February 9, 2012

                                      /s/ MICHELLE A. PRINCE
                                      MICHELLE A. PRINCE
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## **O R D E R**

It is ordered that the above-captioned Indictment be hereby dismissed as against defendant Wayne Jeffery Mullin.

DATED:   February 13, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2



# SACRAMENTO COUNTY
## DEPARTMENT OF HEALTH AND HUMAN SERVICES

**STATE OF CALIFORNIA — CERTIFICATION OF VITAL RECORD**

State File Number: 3052011208926
Local Registration Number: 3201134009540

**CERTIFICATE OF DEATH**

| Field | Value |
|---|---|
| 1. Name of Decedent - First | WAYNE |
| 2. Middle | JEFFERY |
| 3. Last (Family) | MULLIN |
| 4. Date of Birth | 03/02/[redacted] |
| 5. Age | 58 |
| 6. Sex | M |
| 9. Birth State/Foreign Country | CA |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | DIVORCED |
| 7. Date of Death | 11/19/2011 |
| 8. Hour (24 Hour) | 0720 |
| 13. Education | SOME COLLEGE |
| 14/15. Hispanic/Latino | NO |
| 16. Decedent's Race | CAUCASIAN |
| 17. Usual Occupation | MECHANIC |
| 18. Kind of Business or Industry | AUTOMOTIVE |
| 19. Years in Occupation | 40 |
| 20. Decedent's Residence | [redacted] MOGAN AVENUE |
| 21. City | SACRAMENTO |
| 22. County/Province | SACRAMENTO |
| 23. Zip Code | 95838 |
| 24. Years in County | 15 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | BARBARA BRADLEY-DEQUATTRO, MOTHER |
| 31. Name of Father/Parent - First | JOHN |
| 34. Birth State | CA |
| 35. Name of Mother/Parent - First | BARBARA |
| 38. Birth State | CA |
| 39. Disposition Date | 12/02/2011 |
| 40. Place of Final Disposition | PAJARO VALLEY MEMORIAL PARK, 127 HECKER PASS ROAD, WATSONVILLE, CA 95076 |
| 41. Type of Disposition | BU |
| 42. Signature of Embalmer | GLENDA CLEVENGER |
| 44. Name of Funeral Establishment | MEHL'S COLONIAL CHAPEL |
| 45. License Number | FD323 |
| 46. Signature of Local Registrar | LAURIE A WERNER, MD, MPH |
| 47. Date | 11/22/2011 |
| 101. Place of Death | UCD MEDICAL CENTER |
| 102. If Hospital | IP |
| 104. County | SACRAMENTO |
| 105. Facility Address | 2315 STOCKTON BOULEVARD |
| 106. City | SACRAMENTO |

**107. Cause of Death**

| | Cause | Time Interval |
|---|---|---|
| Immediate Cause (A) | ACUTE RESPIRATORY FAILURE | 1WK |
| (B) | METASTATIC LUNG CANCER | MOS |
| (C) | TOBACCO SMOKER | YRS |

108. Death Reported to Coroner? NO
109. Biopsy Performed? NO
110. Autopsy Performed? YES
111. Used in Determining Cause? NO

112. Other Significant Conditions: NONE
113. Was Operation Performed: NO

115. Signature and Title of Certifier: MITHU SHAMS MOLLA M.D.
117. Date: 11/22/2011
118. Attending Physician: MITHU SHAMS MOLLA M.D., 2315 STOCKTON BOULEVARD, SACRAMENTO, CA 95817
(A) Decedent Attended Since: 11/11/2011
(B) Decedent Last Seen Alive: 11/19/2011

---

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS
COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file with SACRAMENTO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES.

DATE ISSUED: **December 5, 2011**

*001259034*